UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of MCCANN CONSTRUCTION ENTERPRISES, INC., a Washington Corporation,<br>      Plaintiff,<br>v.<br>SWINERTON-ABSHER JV, a joint venture comprised of Swinerton Builders, and Absher Construction Co.; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland Corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation; and Payment Bond No. 023026842 / 09135795 /070-017-290,<br>      Defendants. | NO. 2:17-cv-00231 RSM<br><br>ORDER OF DISMISSAL |

  THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court; the Court deeming itself fully advised in all matters, does hereby, pursuant to the Stipulated Motion for Dismissal.

  ORDER, ADJUDGE AND DECREE that the above-entitled action and each and every portion thereof be and the same hereby is dismissed with prejudice and without costs or fees to any party.

*///*

*///*

*///*

*///*

ORDER OF DISMISSAL – 1
(2:17-cv-00231 RSM)

MCC068-0002 Swinerton-Absher C17-213RSM.Order of Dismissal.docx

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

Dated this 11th day of September, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL – 2
(2:17-cv-00231 RSM)

MCC068-0002 Swinerton-Absher C17-213RSM.Order of Dismissal.docx

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020